# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                                    NO. 2021 KW 0575
INTEREST OF J.O., JR.


**MAY 27, 2021**

---

In Re:     J.O., Jr., applying for supervisory writs, 23rd Judicial
           District Court, Parish of Ascension, No. 21,501.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** The juvenile failed to provide this court with a copy of the May 25, 2021 transcript of the continued custody hearing, the verified complaint, and any other portion of the district court record that would support the claims in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be delivered to this court on or before June 3, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**WRC**

    **Welch, J.,** dissents in part and would grant the writ application for the sole purpose of ordering the district court to set bail forthwith. See La. Ch. Code art. 823; **In re State ex rel. A.J.,** 2009-0477 (La. 12/1/09), 27 So.3d 247, 259; **In re C.B.,** 97-2783 (La. 3/4/98), 708 So.2d 391, 398.


COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT